

MAR 1 2 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RANDY JAMES DIXON, DIXON PUMPS, INC., AND DIXON HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>LAM SZE TING, DIXON PUMPS INTERNATIONAL LIMITED, AND DIXON INTERNATIONAL LIMITED,<br><br>Defendants. | Case No. 1:18-CV-00152-BLG-SPW<br><br><br><br>**ORDER OF DISMISSAL** |

Pursuant to Plaintiffs' Notice of Dismissal without Prejudice (Doc. 5), and for good cause shown,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference set for April 16, 2019 at 10:30 a.m. is **VACATED**, along with all associated deadlines outlined in the Court's Order of March 6, 2019.

DATED this 12th day of March, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
US District Court Judge